## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Chase Gelakoski,<br><br>    Plaintiff,<br><br>vs.<br><br>American Coradius International, Inc., a foreign corporation,<br><br>    Defendant. | CIVIL FILE NO.: 10-CV-976 (RHK/SRN)<br><br><br>**NOTICE OF VOLUNTARY DIMISSAL WITH PREJUDICE** |

Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**MARSO AND MICHELSON, P.A.**

Dated: April 29, 2010

By:   s/Patrick L. Hayes
Patrick L. Hayes (0389869)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
Telephone: 612-821-4817
phayes@marsomichelson.com