# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chase Gelakoski,

    Plaintiff,

vs.

American Coradius International, Inc., a foreign corporation,

    Defendant.

Civil No. 10-976 (RHK/SRN)

**ORDER**

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant (Doc. No. 4), **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED WITH PREJUDICE** in their entirety, on the merits. Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 30, 2010

                                          s/Richard H. Kyle  
                                          RICHARD H. KYLE  
                                          United States District Judge